JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARTIN A. ZAHORIK, | ) |
| Petitioner, | ) Case No.  CV 08-3351-JVS(AJW) |
| vs. | ) |
| D. DEXTER, Warden, | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated:  7.3.08

James V. Selna
United States District Judge